ZKEY INVESTMENTS, LLC,
Plaintiff-Appellant

v.

FACEBOOK, INC., Defendant-Appellee

2017-1429

United States Court of Appeals,
Federal Circuit.

January 10, 2018

MICHAEL F. HEIM, Heim, Payne & Chorush, LLP, Houston, TX, argued for plaintiff-appellant. Also represented by ROBERT ALLAN BULLWINKEL, ERIC J. ENGER; AMIR H. ALAVI, DEMETRIOS ANAIPAKOS, Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing PC, Houston, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by MARK R. WEINSTEIN.

(Dyk, Moore, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**